# United States District Court

FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

KAREN A. SCOTT

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: CV 2:06CV1157-WKW

WHITFIELD FOODS, INC.

TO: (Name and address of defendant)

WHITFIELD FOODS, INC.
1101 North Court Street
Montgomery, Alabama 36104

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

KAREN SAMPSON RODGERS, LLC
ATTORNEY AT LAW
459 SOUTH MCDONOUGH STREET, STE 5
MONTGOMERY, ALABAMA 36104

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*    DATE  1/4/07

CLERK

BY DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

RETURN OF SERVICE

| Service of the summons and complaint was made by me[1] | DATE: |
|---|---|
| Name of Server (Print): | TITLE: |

*Check one box below to indicate appropriate method of service*

☐    Served personally upon the defendant. Place where served:

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐    Returned unexecuted:

☐    Other (*Specify*):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
              Date                          Signature of Server

_____

Address of Server