| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Mrs. Eddie L. Scott*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 1-5-07 |
| 1. Article Addressed to:<br>Whitfield Foods, Inc<br>1101 North Court Street<br>Montgomery, AL 36104 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No<br><br>2:06CV1157-WKW |
| | 3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered       ☑ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 1160 0003 5798 0713 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540