IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KAREN A. SCOTT, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO.: |
| | ) 2:06-CV-1157-WKW |
| WHITFIELD FOODS, INC., | ) |
| Defendant. | ) |

**PLAINTIFF'S OPPOSITION RESPONSE TO DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT**

COMES NOW Plaintiff Karen A. Scott ("Plaintiff"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and moves this court to Deny Defendant's motion to dismiss Plaintiff Karen A. Scott's ("Plaintiff") Complaint for failure to state a claim upon which relief may be granted. Also, Plaintiff moves this court to Deny Defendant's request to compel Plaintiff to provide a more definite statement pursuant to Rule 12 (e) of the Federal Rules of Civil Procedure. In support of this Motion, Plaintiff relies upon the Memorandum of Law filed herewith.

Respectfully submitted,

_____
Karen Sampson Rodgers
Attorney for Plaintiff
Karen A. Scott

OF COUNSEL:
Karen Sampson Rodgers, LLC
459 South McDonough Street, Suite 5
Montgomery, AL 36104
(334) 262-6481 telephone
(334) 262-6482 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing with the Clerk of the Court and by regular U. S. mail to the following:

Carter H. Dukes
Huckaby, Scott & Dukes, P.C.
2100 Third Avenue North, Suite 700
Birmingham, AL 35203
1(205) 251-2300

DONE this 16th day of February, 2007.

_____
OF COUNSEL