IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KAREN A. SCOTT ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:06-cv-1157-WKW |
| ) | |
| WHITFIELD FOODS, INC., ) | |
| ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon of review and consideration of *Defendant's Motion to Compel* (Doc. 13, filed April 16, 2007), it is

**ORDERED** that Plaintiff show cause why this motion should not be granted on or before **April 27, 2007**.

DONE this 17th day of April, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE