IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KAREN A. SCOTT, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO.: 2:06-CV-1157-WKW |
| WHITFIELD FOODS, INC. | |
| Defendant | |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL

COMES NOW, Plaintiff in the afore-styled cause and request that this Honorable Court Deny Defendant's Motion to Compel and support of Plaintiff's argument Plaintiff Scott provides the followings:

1. In Plaintiff's response to the initial disclosures, Plaintiff made available for inspection and copying all documents, data, compilations, and tangible things in Plaintiff's possession, custody and control that may be used to support its contentions. (See attachment)

2. Also, Plaintiff provided all damages as provided in Plaintiff's complaint. (See attachment).

3. Plaintiff and Defendant were involved in two cases, whereas the Circuit Court case has been resolved. Notwithstanding the same, Plaintiff provided Defendant's with responses and production of document in the prior proceeding. Most of the same documents will be used in the same responses in this case. Therefore, Defendant is not prejudiced. Plaintiff has also provided on today's date a copy of the requested material discovery.

4. Plaintiff has also made copies of tape recordings and pictures to the Defendant, as well.

5. Plaintiff has also provided the Defendant with calculations of damages that Plaintiff.

6. Plaintiff is not attempting to prejudice Defendant or cause no undue delay in these proceedings.

## CONCLUSION

For the foregoing reasons, Defendant's Motion to Compel should be DENIED, Plaintiff Scott on today's date submitted to Defendant the outstanding discovery and supplemented Plaintiff's Initial Disclosures.

Respectfully submitted,

Karen Sampson Rodgers, SAM018
Attorney for Plaintiff

OF COUNSEL:
Karen Sampson Rodgers, LLC
Attorney at Law
459 South McDonough Street, Suite 5
Montgomery, Alabama 36104
(334) 262-6481 telephone
(334) 262-6481 facsimile
karensrodgers@email.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the clerk of the Court and mailed a copy by U. S. mail to the following:

Carter H. Dukes
Hucakby Scott & Dukes, P.C.
2100 Third Avenue North, Suite 700
Birmingham, Alabama 3203
(205) 251-2300

Done this 27th day of April, 2007

Karen Sampson Rodgers

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **KAREN A. SCOTT,** | ( ) | |
| **Plaintiff,** | ( ) | |
| **vs.** | ( ) ( ) | **CIVIL ACTION NO.: 2:06-CV-1157-WKW** |
| **WHITFIELD FOODS, INC.,** | ( ) ( ) | |
| **Defendant.** | ( ) | |

## INITIAL DISCLOSURES

COMES NOW Plaintiff Karen A. Scott, ("Plaintiff") and, pursuant to Rule 26 (a) (1) and (2) of the Federal Rules of Civil Procedure, make the following required disclosures:

### PERSONS WITH DISCOVERABLE INFORMATION

Pursuant to Rule 26(a) (1)(A) of the Federal Rules of Civil Procedure, Defendant currently believes that the following individuals have discoverable personal knowledge concerning significant factual issues specifically raised in the pleadings:

- Karen A. Scott
  c/o Karen Sampson Rodgers
  459 South McDonough St., Ste. 5
  Montgomery, Alabama 36104
  (334) 262-6481
  Plaintiff's claims and alleged damages

- George Lewis
  c/o Carter H. Dukes
  2100 Third Avenue North, Ste. 700
  Birmingham, Alabama 35203
  (205) 251-2300

Plaintiff's employment with and termination of employment, from Defendant, Plaintiff's work performance, and communications with Plaintiff

- Tawanna Palmer
  c/o Carter H. Dukes
  2100 Third Avenue North, Ste. 700
  Birmingham, Alabama 35203
  (205) 251-2300
  Plaintiff's work performance and communications with Plaintiff

- Larry Jones
  c/o Carter H. Dukes
  2100 Third Avenue North, Ste. 700
  Birmingham, Alabama 35203
  (205) 251-2300
  Plaintiff's employment with and termination of employment from Defendant, Plaintiff's work performance, and communication with Plaintiff

- Sise Jones
  c/o Carter H. Dukes
  2100 Third Avenue North, Ste. 700
  Birmingham, Alabama 35203
  (205) 251-2300
  Plaintiff's employment with and termination of employment from Defendant, Plaintiff's work performance, and communication with Plaintiff

- Bobby Stanford
  c/o Carter H. Dukes
  2100 Third Avenue North, Ste. 700
  Birmingham, Alabama 35203
  (205) 251-2300
  Plaintiff's work performance and communications with Plaintiff

- Linda Thomas
  c/o Carter H. Dukes
  2100 Third Avenue North, Ste. 700
  Birmingham, Alabama 35203
  (205) 251-2300
  Plaintiff's work performance and communications with Plaintiff

- Teesha Murry
  c/o Carter H. Dukes
  2100 Third Avenue North, Ste. 700
  Birmingham, Alabama 35203
  (205) 251-2300

Plaintiff's work performance and communications with Plaintiff

- Louie Whitfield
  c/o Carter H. Dukes
  2100 Third Avenue North, Ste. 700
  Birmingham, Alabama 35203
  (205) 251-2300
  Plaintiff's employment with and termination of employment from Defendant, Plaintiff's work performance, and communication with Plaintiff

Plaintiff reserves the right to update witnesses.

## RELEVANT DOCUMENTS

Pursuant to Rule 26(a)(1)(B) of the Federal Rules of Civil Procedure, Plaintiff through its counsel of record, has available for inspection and copying all documents, data, compilations, and tangible things in their possession, custody or control that may be used by it to support its contentions with respect to any significant factual issues in this case.

## INSURANCE AGREEMENT

Not applicable Defendant need to supply Plaintiff with the name of his insurance carrier.

## DAMAGES

All damages requested in complaint.

Respectfully submitted,

/s/ Karen Sampson Rodgers
Karen Sampson Rodgers
Attorney for Plaintiff

**OF COUNSEL:**

HUCKABY SCOTT & DUKES, P.C.
2100 Third Avenue North, Ste. 700
Birmingham, Alabama 35203
(205) 251-2300

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon counsel of record by placing a copy of same in the United States mail, first class postage prepaid and addressed as follows:

    Carter H. Dukes
    2100 Third Avenue North, Ste. 700
    Birmingham, Alabama 35203
    (205) 251-2300

Done this the 2nd day of March 2007.

_____
Of Counsel