IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 JUN 13 A 9: 48
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| KAREN A. SCOTT, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. |
| | ) |
| v. | ) 2:06-CV-1157-WKW |
| | ) |
| WHITFIELD FOODS, INC., | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiff Karen A. Scott ("Plaintiff"), by and through her undersigned counsel, and Defendant Whitfield Foods, Inc. ("Defendant"), by and through its undersigned counsel, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate that this case may be dismissed with prejudice, each party to bear her or its own costs.

Respectfully submitted,

_____
Karen Sampson Rodgers
Attorney for Plaintiff
Karen A. Scott

OF COUNSEL:
Karen Sampson Rodgers, Esq.
KAREN SAMPSON RODGERS, LLC
459 South McDonough Street, Suite 5
Montgomery, Alabama 36104-4209

                                                             /s/ Carter H. Dukes
                                                             Carter H. Dukes
                                                             Kimberly W. Geisler
                                                             Attorneys for Defendant
                                                             Whitfield Foods, Inc.

**OF COUNSEL:**
SCOTT DUKES & GEISLER, P.C.
2100 Third Avenue North, Suite 700
Birmingham, Alabama 35203
(205) 251-2300

41086.1