IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KAREN A. SCOTT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-1157-WKW |
| | ) |
| WHITFIELD FOODS, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

The parties having filed a Joint Stipulation of Dismissal (Doc. # 18) pursuant to Rule 41 of the Federal Rules of Civil Procedure, this case is dismissed with prejudice, each party to bear her or its own costs.

DONE this 20th day of June, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE